# Court of Appeals
# of the State of Georgia

ATLANTA,  February 06, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1028. MIONA MCBRIDE v. CHARLES WILLIAMS.**

The Appellant's Motion titled Withdrawal of Appeal, filed in the above-styled case, is hereby GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  02/06/2018*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*